E-FILED
Monday, 25 April, 2005  04:03:03 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DAVID L. HAYNES, Trust Officer of the MIDAMERICA NATIONAL BANK, as guardian of the estate of S.M.T., a minor, <br><br>  Plaintiff, <br><br> vs. <br><br> CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign not-for-profit corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   No. 04-1420 |

## RESPONSE TO MOTION TO STRIKE

NOW COMES the Defendant, CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole, by and through its attorneys, HINSHAW & CULBERTSON LLP, and for its Response to Plaintiff's Motion to Strike, states:

1. The Plaintiff's Motion to Strike the Defendant's Third Affirmative Defense regarding failure to join indispensable parties was filed on April 11, 2005.

2. The Plaintiff filed his Amended Complaint on April 12, 2005.

3. The Defendant filed its Answer to Plaintiff's Amended Complaint on April 25, 2005. The Defendant's Answer to the Amended Complaint does not include the affirmative defense at issue in Plaintiff's Motion to Strike.

4. Plaintiff's Motion to Strike has been rendered moot by his subsequent Amended Complaint and the Defendant's Answer to Plaintiff's Amended Complaint.

WHEREFORE, the Defendant, CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole, requests that Plaintiff's Motion to Strike be denied as moot.

                                       CORPORATION OF THE PRESIDENT OF
                                       THE CHURCH OF JESUS CHRIST OF
                                       LATTER-DAY SAINTS, A UTAH
                                       CORPORATION SOLE

                                       By: HINSHAW & CULBERTSON LLP


                                       s/Garth C. K. Madison
                                       Garth C. K. Madison, IL. Bar No.: 6281959
                                       Attorney for Defendant
                                       HINSHAW & CULBERTSON LLP
                                       456 Fulton Street, Suite 298
                                       Peoria, IL 61602-1220
                                       Telephone: (309) 674-1025
                                       Fax: (309) 674-9328
                                       E-mail: gmadison@hinshawlaw.com

80190059v1 849750

## CERTIFICATE OF SERVICE

I hereby certify that on **April 25, 2005**, I electronically filed this **ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ralph D. Davis
JANSSEN LAW CENTER
333 Main Street
Peoria, IL  61602
309-676-2341  (phone)
309-676-7678  (fax)

                s/Garth C. K. Madison
                Garth C. K. Madison, IL. Bar No.: 6281959
                Attorney for Defendant
                HINSHAW & CULBERTSON LLP
                456 Fulton Street, Suite 298
                Peoria, IL 61602-1220
                Telephone: (309) 674-1025
                Fax: (309) 674-9328
                E-mail: gmadison@hinshawlaw.com

80190059v1 849750