IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DAVID L. HAYNES, Trust Officer of the MIDAMERICA NATIONAL BANK, as guardian of the estate of S.M.T., a minor,<br><br>      Plaintiff,<br><br>vs.<br><br>CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign not-for-profit corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  No. 04-1420<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SIGNED STIPULATION BETWEEN PARTIES**

1. Plaintiff, DAVID L. HAYNES, Trust Officer of the MIDAMERICA NATIONAL BANK, As Guardian of the estate of S.M.T., a minor, hereby stipulates and agrees to voluntarily dismiss the cause of action entitled "DAVID L. HAYNES, Trust Officer of the MIDAMERICA NATIONAL BANK, As Guardian of the Estate of S.M.T., a Minor, Plaintiff, vs. CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Foreign Not-For-Profit Corporation, Defendant, Filed in the United States District Court, Central District of Illinois, Peoria Division, under case number.: 04-1420, with prejudice.

2. Plaintiff further stipulates that evidence has arisen which invalidates any claim against the Defendant for any injuries to the Minor Plaintiff, identified as "S.M.T.", particularly with respect to the contraction of herpes.

3. Plaintiff further stipulates that a signed release will be provided extinguishing any and all claims by the Plaintiff on behalf of the Minor Plaintiff "S.M.T." against Defendant.

4. Defendant, CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, stipulates that in exchange for a voluntary dismissal with prejudice of the cause of action filed in the Federal District Court of Central Illinois Under Case No.: 04-1420 entitled "DAVID L. HAYNES, Trust Officer of the MIDAMERICA NATIONAL BANK, As Guardian of the Estate of S.M.T., a Minor, Plaintiff, vs. CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Foreign Not-For-Profit Corporation, Defendant, and in exchange for a full release, that it will waive and release any and all claims for sanctions and costs arising out of the filing of the Plaintiff's claim against this Defendant, CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, filed on January 19, 2005.

5. Plaintiff and Defendant mutually stipulate that all costs of the litigation will be borne by the party incurring those costs.

| | |
|---|---|
| DAVID L. HAYNES, Trust Officer of the MIDAMERICA NATIONAL BANK, as guardian of the estate of S.M.T., a minor | CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS |
| By: JANSSEN LAW CENTER | By: HINSHAW & CULBERTSON LLP |
| s/Ralph D. Davis<br>Ralph D. Davis<br>Attorney for Plaintiff<br>JANSSEN LAW CENTER<br>333 Main Street<br>Peoria, IL 61602<br>Phone: 309.676.2341<br>Fax: 309.676.7678 | s/Paul C. Estes<br>Paul C. Estes<br>Attorney for Defendant<br>HINSHAW & CULBERTSON LLP<br>456 Fulton Street, Suite 298<br>Peoria, IL 61602-1220<br>Telephone: 309.674.1025<br>Fax: 309.674.9328 |

80196148v1 849750