**E-FILED**
Wednesday, 03 August, 2005  02:59:26 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| David Haynes, Guardian,<br>　　　　　　　　　Plaintiff | )<br>)<br>) |
| | )　　Case No. 04-1420 |
| Corporation of the Presiding Bishop of the<br>Church of Jesus Christ of Latter-Day<br>Saints,<br>　　　　　　　　　Defendant | )<br>)<br>)<br>)<br>) |

**ORDER**

　　Pursuant to the stipulation fo the parties filed on August 3, 2005, this case is dismissed with prejudice.

　　ENTER this 3rd day of August, 2005.

　　　　　　　　　　s/ John A. Gorman

　　　　　　　　　JOHN A. GORMAN
　　　　　　　UNITED STATES MAGISTRATE JUDGE